

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez, Jr.,
Appellants

v.

**LEGEND NATURAL GAS III, LP**; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc.
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

The appellants' unopposed first motion for extension of time to file reply brief is hereby GRANTED. Time is extended to July 10, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court